Petition for Writ of Mandamus Denied and Memorandum Opinion filed
October 15, 2004









Petition for Writ of Mandamus Denied and Memorandum
Opinion filed October 15, 2004.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-04-00940-CV

____________

 

IN RE FCLT ASSETS LOAN CORP.,
SUCCESSOR-IN-INTEREST TO FCLT LOANS, L. P., Relator

 

 



 

ORIGINAL
PROCEEDING

WRIT
OF MANDAMUS

 



 

M E M O R A N D U M   O
P I N I O N

On September 29, 2004, relator
filed a petition for writ of mandamus in this Court.  See Tex.
Gov=t. Code Ann. ' 22.221 (Vernon 2004); see also Tex. R. App. P. 52.  

Relator has not established that he is
entitled to mandamus relief. 
Accordingly, we deny relator=s petition for writ of mandamus. 

 

PER CURIAM

 

 

Petition Denied
and Memorandum Opinion filed October 15, 2004.

Panel consists of
Justices Yates, Anderson and Guzman.